# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID M. DENENNY, ) | |
| ) | |
| ) | No. 11-CV-03198-FJG |
| ) | |

# ORDER

Debtor David M. Denenny filed a voluntary Chapter 11 bankruptcy case on October 7, 2010. Laura Katsis filed a Proof of Claim in the case, asserting an unsecured, nonpriority claim in the amount of $520,000 for medical negligence. The Debtor objected to the claim, asserting that he is not liable on the claim and that the claim has not been adjudicated in state or federal court. On June 3, 2011 Ms. Katsis filed a response to the Amended Objection to Claim and Basis for Allowance of the Claim (Doc. # 2).

On May 12, 2011, an Order was entered Withdrawing the Reference of the bankruptcy case of David Denenny *only* as to trial and entry of a final order or judgment concerning Ms. Katsis' objection. The Court has been informed that the parties have now resolved Ms. Katsis' Proof of Claim and that the Bankruptcy Court has approved this agreement. (Bankruptcy Case No. 10-62452, Doc. # 59). Accordingly, the Court hereby directs that this case be administratively closed.

Date: 1/18/2012  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge